Fill in this information to identify the case:

Debtor 1 __Thomas Kroll__

Debtor 2 __Laura l Kroll__
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__ District of __WI__
(State)

Case number __15-33604-gmh__

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association

**Court claim no.** (if known): __9__

**Last 4 digits** of any number you use to identify the debtor's account: __9322__ ____ ____

**Property address:** __3111 Hamlin Ave__
Number  Street

__Racine__  __WI__  __53403__
City  State  ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __11__ / __01__ / __2019__
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___/____/_____
MM / DD / YYYY

| Debtor 1 | Thomas Kroll | | | Case number (*if known*) 15-33604-gmh |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michael Dimand     Date 11 / 20 / 2019
Signature

Print: Michael Dimand     Title: Attorney
First Name    Middle Name    Last Name

Company: Marinosci Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 134 N. LaSalle St., Suite 1900
Number    Street

Chicago    IL    60602
City    State    ZIP Code

Contact phone (312) 940 – 8580     Email mdimand@mlg-defaultlaw.com

## CERTIFICATE OF SERVICE

      I, David M. Bengs, certify that a true and correct copy of the Response to Notice of Final Cure Payment was served on the Debtor via United States Mail at the address listed on PACER, and the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via ECF/Electronic Mail on 11/20/2019          .

**Debtor**

Thomas Kroll
3111 Hamlin Ave
Racine, WI 53403

Laura l Kroll
3111 Hamlin Ave
Racine, WI 53403

                                                Marinosci Law Group, P.C.
                                                /s/Michael Dimand
                                                134 N. LaSalle St., Ste 1900
                                                Chicago, IL 60602
                                                Telephone: (312) 940-8580

                                                Email: mdimand@mlg-defaultlaw.com
                                                ATTORNEYS FOR CREDITOR